UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:12-cr-00027-JAW-1 |
| | ) | |
| CAROLE SWAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF
THE MAGISTRATE JUDGE ON MOTION TO SUPRESS**

The United States Magistrate Judge filed a Recommended Decision on the Plaintiff's, Carole Swan's, motion to suppress with the Court on December 12, 2012 (ECF No. 85). On January 11, 2013, Ms. Swan filed her objections to the Recommended Decision (ECF No. 98), and on January 25, 2013 the Government filed its response to those objections (ECF No. 102). I have reviewed and considered the Magistrate Judge's Recommended Decision together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the Magistrate Judge's recommendations for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 85) is hereby AFFIRMED.

2. It is further ORDERED that the Motion to Suppress Statements (ECF No. 47) be and hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.<br>
JOHN A. WOODOCOCK, JR.<br>
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 25th day of February, 2013