UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:12-cr-00027-JAW-01 |
| | ) | |
| CAROLE SWAN | ) | |

**ORDER ON MOTION FOR STATUS REPORT**

On April 20, 2017, Carole Swan filed a pro se motion for reduction of sentence pursuant to 18 U.S.C. § 3582. *Pro Se Mot. to Reduce Sentence* (ECF No. 445). On May 5, 2017, the Government filed an initial response, taking the position that the Court does not have the authority to grant Ms. Swan's request for relief because none of the exceptions that would allow the Court to act exists in her case. *Gov't's Resp. in Opp'n to Def.'s 18 U.S.C. § 3582 Mot. and for Bail* (ECF No. 450). The Government requested the opportunity to supplement its response in the event the Court reached the merits of Ms. Swan's motion. *Id.* at 2 n.2. On June 27, 2017, the Court granted the Government's motion to supplement its response. *Order Granting Mot. to Supp. Resp.* (ECF No. 453). On July 11, 2017, the Government filed a supplemental response. *Gov't's Supp. Resp. in Opp'n to Def.'s 18 U.S.C. § 3582 Mot.* (ECF No. 456). On July 24, 2017, Ms. Swan filed a reply to the Government's response. *Reply to Gov't's Supp. Resp. of Opp'n of 18 U.S.C. [§] 3582 Mot. for Reduction of Sentence* (ECF No. 457).

On September 29, 2017, Ms. Swan moved for a status report. *Req. for Status of the Mot. Pending for Correction in the Reduction of Sentence* (ECF No. 458). The

Court GRANTS Carol Swan's request for a status report and advises her that the Court is well aware that she is awaiting a decision on her motion for reduction of sentence and the Court assures Ms. Swan that it is working on its order. Although the Court is sympathetic to Ms. Swan's desire for a quicker response, the Court currently has before it more than one motion, and it is determined to give her motion, as well as other pending motions in other cases, the careful consideration they deserve. This necessarily takes time. The Court can say no more.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 30th day of September, 2017